# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOHN L. ALLEN,

        Plaintiff,        Case No. 05-C-975

        v.

MATTHEW FRANK, Secretary,
Department of Corrections,
PHIL KINGSTON, Former Warden,
CCI, BUNI KUMAPAYI, R.N., M.S.,
DR. MARK A. KLIEWER,
Staff Radiologist, DR. FREDERICK
KELCZ, Staff Radiologist, CLARK
SCHUMACHER, Fellow Resident,
SEAN SHANNAHAN, Fellow Resident,
PATRICIA SIEDSCHLAG, Manager,
HSU, CCI, ANN SEMROW, Manager,
HSU, CCI, DR. GARY BRIDGEWATER,
Medical Doctor, CCI, JAMES GREER,
Director, Bureau of Health Services,
RICK RAEMISCH, Officer, OOS, CCI,
CINDY O'DONNELL, Officer, OOS, CCI,
JOHN RAY, Complaint Examiner, DOC,
SANDRA HAUTAMAKI, Complaint
Examiner, DOC, WILLIAM NOLAND, ICE,
Review System, CCI, CYNTHIA THORPE,
ICE, Review System, CCI, MICHELLE
ALBRECHT, ICE, Review System, CCI,
AMY MILLARD, ICE, Review System, CCI,
NANCY HAHNISCH, R.N., CCI,
PAUL PERSSON, R.N., CCI, STEVE
HELGERSON, R.N., CCI, DAVE DITTER,
Unit Manager, CCI, and MIKE MARSHALL,
Social Worker, CCI,

        Defendants.

## **OPINION AND ORDER**

Plaintiff John Allen has sent the court a letter in which he states that he does not oppose the motion for summary judgment filed by Defendant Clark Schumacher, M.D. Therefore, the court ORDERS that "Defendant Clark Schumacher, M.D.'s Motion for Summary Judgment" (filed March 23, 2006) IS GRANTED.

IT IS FURTHER ORDERED that Clark Schumacher is dismissed as a party to this case. See Federal Rule of Civil Procedure 21.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 20th day of April, 2006.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge