UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN ALLEN,

        Plaintiff,

v.                                        Case No. 05-C-975

MATTHEW FRANK, et al.,

        Defendants.

**ORDER**

On June 6, plaintiff filed a motion for reconsideration of an order entered by Judge Thomas Curran on January 23, 2006. That order was itself a reiteration of a previous order dating to October 20, 2005. The plaintiff's latest motion states no additional basis for relief; accordingly, the motion for reconsideration is summarily denied.

Plaintiff also filed, on July 14, a motion for reconsideration of my grant of summary judgment to several defendants. His motion is simply a rehash of his initial arguments, all of which I have already rejected. The motion is therefore denied. Plaintiff is hereby warned that the practice of filing motions for reconsideration is disfavored and such motions are not to be used to present the same arguments to the court that have already been addressed. The filing of such motions in the future could result in sanctions. In sum, both motions (Docket Nos. 112, 120) are denied.

SO ORDERED this __7th__ day of August, 2006.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge